| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENTE A. TENNERLLI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA RODRIGUEZ, ET AL.<br><br>Defendants. | CASE NO. 5:19-MJ-00050-JLT<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the Indictment underseal as to MARIA RODRIGUEZ only. She has been arrested.

Based on the foregoing, the United States respectfully requests that the Indictment and arrest warrant be unsealed as to MARIA RODRIGUEZ only and made public record

Dated: November 20, 2019
                                                      McGREGOR W. SCOTT
                                                     United States Attorney

                                        By: /s/ VINCENTE A. TENNERLLI
                                                  VINCENTE A. TENNERLLI
                                                  Assistant United States Attorney

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>VINCENTE A. TENNERLLI<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA RODRIGUEZ, ET AL,<br><br>Defendants. | CASE NO. 5:19-MJ-00050-JLT<br><br>ORDER TO UNSEAL INDICTMENT |

This Indictment sealed by Order of the Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the indictment be unsealed as to MARIA RODRIGUEZ only, and be made public record.

IT IS SO ORDERED.

Dated: **November 20, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE